KNIGHT *vs.* THE STATE OF GEORGIA.

This case is controlled by the decision in 70 *Ga.*, 752, where it was held that if a defendant was tried and acquitted under an indictment charging him with larceny from the house, and alleging the ownership of the house and of the goods stolen to be in one person, and was subsequently arraigned under another indictment for larceny from the house, alleging a different ownership of the house

and of the goods stolen, and a different day on which the offense was committed, a plea of *autre fois acquit*, setting out fully the first indictment and the proceedings had thereunder, and averring that the transactions embraced in both indictments were one and the same, was good, and should not have been stricken on demurrer.

Judgment reversed.

September 16, 1884.

BLANDFORD, Justice.

[Prince Knight was arraigned in the county court of Brooks county, on an accusation charging him with the larceny of certain bacon, the property of Joseph Mabbett and Mrs. Mabbett. He pleaded *autre fois acquit*, alleging that he had previously been arraigned, tried and acquitted upon an accusation charging him with the larceny of bacon belonging to Joseph Mabbett; that the two transactions were identical; and that the present charge was for the larceny of the same bacon as that involved in the other accusation. This plea was stricken by the county judge, and error was assigned thereon by *certiorari*. The superior court overruled the *certiorari*, and defendant excepted.]